AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-22807-BLOOM/MFE |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Partnerships and Unincorporated Associations Identified on Schedule "A"


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   George C. Sciarrino
TME Law, P.C.
10 S. Riverside Plaza, Suite 875
Chicago, IL 60606
Email: George@tme-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   08/05/2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-22807-BLOOM/MFE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George C. Sciarrino, Attorney of Record for Plaintiffs
was received by me on *(date)* August 6, 2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I, or an individual acting under my direction, electronically published the Complaint, Motion for TRO, TRO, Summons, and other relevant documents filed in this action to a website. Additionally I, or an individual acting under my direction, sent an email to the email addresses identified in Exhibit 3 to the declaration of Paul Varley and any email addresses provided for Defendants by third parties that include a link to said website.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 6, 2025

*George C. Sciarrino*
*Server's signature*

George C. Sciarrino, Attorney of Record for Plaintiffs
FL Bar No. 1033844 *Printed name and title*
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, IL 60606
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset