UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22807-BLOOM/Elfenbein

SEGA CORPORATION and
SEGA OF AMERICA, INC.,

    Plaintiffs,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A"

    Defendants.
_____/

## ORDER DENYING EXTENSION OF TEMPORARY RESTRAINING ORDER

**THIS CAUSE** is before the Court upon Plaintiffs Sega Corporation and Sega of America, Inc.'s ("Sega") Motion to Extend *Ex Parte* Temporary Restraining Order ("Motion"), ECF No. [25], filed on August 6, 2025. On July 14, 2025, the Court granted Sega's Motion for Entry of a Temporary Restraining Order ("TRO"), noting that the TRO "shall remain in effect for fourteen days from the date of its entry unless extended for good cause." ECF No. [15] at 10. On July 22, 2025, the Court granted Sega's Motion for Extension of *Ex Parte* Temporary Restraining Order and extended the TRO until August 11, 2025. ECF No. [19]. The Court stated that "in order to ensure compliance with Rule 65(b)(2)'s required timeframe, the TRO may not be extended beyond 28 days from its initial entry." *Id.* at 1.

"A temporary injunction or temporary restraining order always has a short lifespan; according to Rule 65(b)(2), it expires at a time 'not to exceed 14 days' unless before that time the court, 'for good cause, extends it for a like period.'" *Diabetic Care RX, LLC v. Express Scripts,*

Case No. 25-cv-22807-BLOOM/Elfenbein

*Inc.*, No. 18-cv-61331, 2018 WL 4511878, at * 3 (S.D. Fla. June 29, 2018) (quoting Fed. R. Civ. P. 65(b)(2)). "The Supreme Court has said a TRO that is continued beyond the time permissible under Rule 65 should be treated as a preliminary injunction." *Levine v. Comcoa Ltd.*, 70 F.3d 1191, 1193 (11th Cir. 1995) (citing *Sampson v.* Murray, 415 U.S. 61, 87 (1974)). Therefore, the TRO may not be extended beyond August 11, 2025.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Sega's Motion to Extend *Ex Parte* Temporary Restraining Order, **ECF No. [25],** is **DENIED**.

2. The Temporary Restraining Order dated July 14, 2025, ECF No. [15], shall remain in effect until August 11, 2025.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 7, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record