**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-CV-22807-BLOOM/Elfenbein

SEGA CORPORATION and
SEGA OF AMERICA, INC,

      Plaintiffs,

v.

THE PARTNERSHIPS and UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

      Defendants.

_____/

## REPORT AND RECOMMENDATION ON
## MOTION FOR PRELIMINARY INJUNCTION

      **THIS CAUSE** is before the Court on Plaintiffs Sega Corporation and Sega of America, Inc.'s Motion for Preliminary Injunction (the "Motion"), ECF No. [24].  The Honorable Beth Bloom referred the Motion to me for a Report and Recommendation.  *See* ECF No. [28].  For the reasons explained below, I respectfully **RECOMMEND** that the Motion, **ECF No. [24]**, be **GRANTED.**

## I.    BACKGROUND

      Sega is the owner of various copyright registrations related to its Sonic the Hedgehog franchise (the "Sega Copyrighted Works").  *See* ECF No. [13-2]; ECF No. [13-3].  Sega also owns federally registered trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "Sega Trademarks").  *See* ECF No. [13-2]; ECF No. [13-4].

      Sega alleges that Defendants, through fully interactive, e-commerce stores, operating under

the seller aliases identified on schedule "A" to the Complaint and attached below (the "Seller Aliases"), have advertised, promoted, offered for sale, sold, or imported goods bearing and/or embodying what Sega has determined to be counterfeits, infringements, reproductions, or colorable imitations of the Sega Trademarks and/or unauthorized copies of the Sega Copyrighted Works. *See* ECF No. [1]; ECF No. [13-2] at ¶¶21, 23. Sega has not licensed or authorized Defendants to use any of the Sega Trademarks or Sega Copyrighted Works, and none of the Defendants are authorized retailers of genuine Sega Products. *See* ECF No. [13-2] at ¶23. Sega investigated Defendants' promotion and sale of infringing and counterfeit versions of its branded products ("Unauthorized Products"), analyzed each of the e-commerce stores operating under the Seller Aliases, and determined that the Unauthorized Products were being offered for sale to residents of the United States, including Florida. *See* ECF No. [13-2] at ¶21. In addition, each e-commerce store offered shipping to the United States. *Id.* Sega attests that it conducted a review and visually inspected any Unauthorized Products purchased from the Defendants and determined that the products were non-genuine and confirmed that Sega did not authorize them. *Id.*

For that reason, on June 23, 2025, Plaintiffs filed this lawsuit against Defendants. *See generally* ECF No. [1]. Plaintiffs' Complaint includes claims for trademark infringement and counterfeiting, in violation of 15 U.S.C. § 1114 (Count I), false designation of origin, in violation of 15 U.S.C. § 1125(a) (Count II), and copyright infringement, in violation of 17 U.S.C. §§ 106 and 501 (Count III). *See* ECF No. [1] at 81-84. Plaintiffs requested as relief a comprehensive injunction aimed at preventing Defendants from selling the counterfeit and infringing products, treble damages for lost profits or alternatively statutory damages, as 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504 authorize. *See* ECF No. [1] at 85-87.

Plaintiffs then filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order,

Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery (the "TRO Application").  *See generally* ECF No. [13].  In the TRO Application, Plaintiffs asked for "entry of an *ex parte* temporary restraining order, including a temporary injunction" prohibiting Defendants from "the manufacture, importation, distribution, offering for sale, and sale of" counterfeit products along with a temporary asset restraint and expedited discovery.  *See* ECF No. [13] at 1.  After finding that Plaintiff had met all four elements required to qualify for a temporary restraining order, Judge Bloom granted the TRO Application and issued a temporary restraining order on July 14, 2025.  *See generally* ECF No. [15].

Plaintiffs thereafter filed a Motion to Extend *Ex Parte* Temporary Restraining Order, *see* ECF No. [17], which Judge Bloom granted, *see* ECF No. [19].  And, most recently, Plaintiff filed the Motion, ECF No. [24], seeking to convert the TRO into a preliminary injunction.  Following the referral of the Motion for a report and recommendation, the Court set the Motion for a hearing on August 11, 2025 at 9:30 a.m. (the "Hearing"), requiring that Plaintiffs serve a copy of the Order on all Defendants.  *See* ECF No. [29].  Plaintiffs complied with that Order.  *See* ECF No. [31].

The Court held the Hearing on August 11, 2025.  *See* ECF No. [33].  To ensure that all Defendants had sufficient time to appear and to account for the possibility of technical difficulties with accessing the Zoom link, the Court waited until 9:45 a.m. to start the Hearing (15 minutes past the start time designated in the Order setting the preliminary injunction hearing).  *See* ECF No. [29]; ECF No. [33].  Plaintiff's counsel was present as were five other individuals who indicated each owned one of the Defendant entities.  As these individuals were not attorneys and were present on behalf of corporate entities, the Court inquired whether they intended to retain counsel to represent these entities or whether they required additional time to retain such counsel.  After confirming with all individuals present at the Hearing that they did not intend to retain

counsel, did not need additional time to do so, and were ready to go forward with the Hearing, Plaintiff presented oral argument on the matters raised in the Motion, directing the Court to its supporting evidence in the record.  *See* ECF No. [33]; ECF No. [13].  The Court also notes that none of the Defendants have responded to the Motion or submitted any filings in this case to oppose the entry of a preliminary injunction.[1]  *See generally* Docket, Case No. 25-cv-22807.  The Motion is now ripe for review.

## II.   LEGAL STANDARDS

The Federal Rules of Civil Procedure authorize courts to issue preliminary injunctions generally.  *See* Fed. R. Civ. P. 65(a).  To obtain a preliminary injunction, a party must demonstrate "(1) [there is] a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225-26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).  Before a court may issue a preliminary injunction, notice must be provided to the adverse party.  *See* Fed. R. Civ. P. 65(a).

"To prevail on a trademark infringement claim under 15 U.S.C. § 1114, the plaintiff must show that it owns a valid trademark, that its mark has priority, that the defendant used such mark in commerce without the plaintiff's consent, and that the defendant's use is likely to cause consumer confusion as to the source, affiliation or sponsorship of its goods or services." *Carnival Corp. v. SeaEscape Casino Cruises, Inc.*, 74 F. Supp. 2d 1261, 1264-65 (S.D. Fla. 1999) (citations

---

[1] Additionally, none of the Defendants filed a motion for extension of time to respond to the Motion or requested a continuance of the Hearing.  *See generally* Docket, Case No. 25-cv-22807.

omitted). A "sufficiently strong showing of likelihood of confusion caused by trademark infringement may by itself constitute a showing of a substantial threat of irreparable harm." *McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1310 (11th Cir. 1998) (alterations adopted, quotation marks omitted). Similarly, a finding of likelihood of success on the merits for a trademark violation creates a rebuttable presumption of irreparable harm. *See* U.S.C. § 1116(a) (noting that a plaintiff seeking a preliminary injunction or temporary restraining order "shall be entitled to a rebuttable presumption of irreparable harm" on "a finding of likelihood of success on the merits").

"To state a claim for unfair competition and false designation of origin," under 15 U.S.C. § 1125(a), "a plaintiff must show (1) that the plaintiff had enforceable trademark rights in the mark or name, and (2) that the defendant made unauthorized use of it such that consumers were likely to confuse the two," *Brain Pharma, LLC v. Scalini*, 858 F. Supp. 2d 1349, 1355-56 (S.D. Fla. 2012) (quotation omitted), which are the same elements required "to prevail on [a] federal claim of trademark infringement," *Suntree Techs., Inc. v. Ecosense Int'l, Inc.*, 693 F.3d 1338, 1346 (11th Cir. 2012); *cf. Chanel, Inc. v. Replicachanelbag*, 362 F. Supp. 3d 1256, 1262 (S.D. Fla. 2019) (explaining that the "test for liability for false designation of origin under 15 U.S.C. § 1125(a) is the same as for a trademark counterfeiting and infringement claim — i.e., whether the public is likely to be deceived or confused by the similarity of the marks at issue" (citation omitted)).

To state a claim for copyright infringement, a plaintiff must show: (1) "ownership of a valid copyright," and (2) "copying of constituent elements of the work that are original." *Roberts v. Gordy*, 877 F.3d 1024, 1028 (11th Cir. 2017) (citing *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., Inc.*, 499 U.S. 340, 361 (1991)). As to the first element, 17 U.S.C. § 410(c) provides that a certificate of registration constitutes "prima facie evidence of the validity of the copyright" if the

registration was "made before or within five years after first publication of the work." *See Munro v. Fairchild Tropical Botanic Garden, Inc.*, No. 20-CV-20079, 2022 WL 452257, at *6 (S.D. Fla. Jan. 13, 2022) (quoting 17 U.S.C. § 140(c)).  To establish the second element, "the plaintiff must show that the defendant had access to the copyrighted work and that the two works are so 'substantially similar' that an average lay observer would recognize the alleged copy as having been appropriated from the original work." *Id.* (quoting *Singleton v. Dean*, 611 F. App'x 671, 672 (11th Cir. 2015)).  Access, in turn, "requires proof of 'a reasonable opportunity to view' the work in question." *Id.* (quoting *Olem Shoe Corp. v. Wash. Shoe Corp.*, 591 F. App'x 873, 882 (11th Cir. 2015)).  But "[i]f the plaintiff cannot show access, the plaintiff may still prevail by demonstrating that the works are 'strikingly similar,'" meaning that "the proof of similarity in appearance is so striking that the possibilities of independent creation, coincidence, and prior common source are, as a practical matter, precluded." *Id.* (internal citations omitted).

## III.   DISCUSSION

As noted above, to obtain a preliminary injunction, Plaintiffs must demonstrate that they have a substantial likelihood of success on the merits of its claims, that they will suffer irreparable injury if an injunction is not granted, that the threatened injury outweighs the harm the relief would inflict on Defendants, and that the entry of an injunction would serve the public interest.  *See Schiavo*, 403 F.3d at 1225–26.  Plaintiffs have met each of these requirements.

First, Plaintiffs have a substantial likelihood of success on the merits of their claims. Regarding their claims for trademark infringement and counterfeiting (Count I) and false designation of origin (Count II), Plaintiffs must show that they own a valid trademark, that their mark has priority, that Defendants "used [their] mark in commerce without Plaintiff[s'] consent, and that Defendants' use is likely to cause consumer confusion as to the source, affiliation or

sponsorship of its goods or services." *See Carnival Corp.*, 74 F. Supp. 2d at 1264–65. Plaintiffs have established that they owns the Sega Trademarks, *see* ECF No. [13-4]; that the Sega Trademarks have priority, *see* ECF No. [13-2] at ¶13; and that Defendants have used the Sega Trademarks but do not have authorization to use them, *see* ECF No. [13-2] at ¶21; ECF No. [13-5] – ECF No. [13-16].

That leaves the question of whether Plaintiffs have established that Defendants' use is likely to cause consumer confusion. However, when "counterfeit marks are involved, application of the[ consumer confusion] factors may not be necessary." *See Am. Airlines, Inc. v. Spada*, No. 23-CV-21844, 2024 WL 4472016, at *9 (S.D. Fla. Sept. 21, 2024) (citing *Casa Dimitri Corp. v. Invicta Watch Co. of Am., Inc.*, 270 F. Supp. 3d 1340, 1359 (S.D. Fla. 2017)). This is because the consumer confusion factors "are more geared towards comparing two distinct, albeit similar, marks," but "application of the factors is unnecessary where use of an identical mark—that is, a counterfeit mark—is at issue." *Id.* A counterfeit mark "is a spurious mark which is identical with, or substantially indistinguishable from, a registered mark." 15 U.S.C. § 1127. A counterfeit mark is inherently confusing because it is identical to a protected mark, so consumer confusion is presumed. *See Am. Airlines*, 2024 WL 4472016 at *9 (citing *See Casa Dimitri Corp.*, 270 F. Supp. 3d at 1359). Indeed, courts often presume consumer confusion when the marks at issue are counterfeits of a protected trademark. *See Burger King Corp. v. Huynh*, No. 11-CV-22602, 2011 WL 6190163, at *4 (S.D. Fla. Dec. 5, 2011) (finding that a "labored analysis" of consumer confusion was unnecessary when the infringing mark was not merely similar to the protected mark but was one in the same with the protected mark); *Nike Inc. v. Variety Wholesalers, Inc.*, 274 F. Supp. 2d 1352, 1368 (S.D. Ga. 2003), *aff'd,* 107 F. App'x 183 (11th Cir. 2004) (explaining that the defendant's "use of marks identical or substantially identical to the registered Nike trademarks

was likely to cause confusion in the minds of potential buyers as to the source, affiliation or sponsorship" of the infringing products); *Monsanto Co. v. Campuzano*, 206 F. Supp. 2d 1252, 1262 (S.D. Fla. 2002) ("I presume that the counterfeit items caused public confusion in the marketplace, as the counterfeit marks and the genuine marks are substantially identical both in design and use and it is undisputed that the counterfeit marks were sold to the public."); *Daimler AG v. A-Z Wheels LLC*, 334 F. Supp. 3d 1087, 1099 (S.D. Cal. 2018) ("Again, the Court finds it unnecessary to analyze the likelihood of confusion test because the marks are identical."). Because Defendants' products here involve counterfeit items, Plaintiffs satisfy the consumer confusion element and can, therefore, prove all elements of their trademark infringement and unfair competition claims. Plaintiffs are, therefore, likely to prevail on these claims at trial. *See Carnival Corp.*, 74 F. Supp. 2d at 1264–65; *Brain Pharma, LLC*, 858 F. Supp. 2d at 1355–56; *Suntree Techs*, 693 F.3d at 1346; *Chanel, Inc.*, 362 F. Supp. 3d at 1262–63; *Planetary Motion, Inc.*, 261 F.3d 1 at 1193 n.4; *Gift of Learning Found., Inc.*, 329 F.3d at 802.

Similarly, regarding their copyright infringement claim, Plaintiffs have demonstrated they can prove all elements in Count III. To recap, Plaintiffs must show they (1) owned a valid copyright and (2) Defendants copied constituent elements of the work that are original. *Roberts,* 877 F.3d at 1028. In support of their Motion, Plaintiffs have shown that they own the Sega Copyrighted Works through their certificates of registration. *See* ECF No. [13-2]; ECF No. [13-3]. They have likewise shown that Defendants had access to the Sega Copyrighted Works given their worldwide and long-standing popularity, *see* ECF No. [13-2] at ¶¶5, 12, and 16, and that the works are substantially similar, *compare* ECF No. [13-2] at 5-7 *with* ECF No. [13-5] – ECF No. 13-16].

Turning to the second factor for injunctive relief, the Court finds that Plaintiffs are likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. As noted above, a sufficiently strong showing of likelihood of confusion may by itself constitute a showing of a substantial threat of irreparable harm. *See McDonald's Corp.*, 147 F.3d at 1310. Based on the evidence in this case, Plaintiffs have made a strong showing of likelihood of confusion caused by Defendants' trademark and copyright infringement. Specifically, Defendants are advertising, offering for sale, or selling goods bearing unauthorized copies of the Sega Trademarks and Sega Copyrighted Works. Accordingly, the Court finds that there is a sufficiently strong showing that consumers may believe they are viewing or purchasing genuine goods Plaintiffs authorized. Further, the Court finds that there is good cause to believe that consumers may be misled or confused by the quality of these products and that Plaintiffs may suffer reputational harm, loss of trade, and loss of goodwill as a result. *See McDonald's Corp.*, 147 F.3d at 1310. Additionally, because Plaintiffs have established a likelihood of success on the merits for violations of § 1114 and § 1125(a), they are entitled to a rebuttable presumption of irreparable harm. *See* 15 U.S.C. § 1116(a).

Third, the threatened injury to Plaintiffs outweighs the potential harm to Defendants. Plaintiffs aver that they have expended substantial time, money, and other resources to develop, market, and promote the quality of their products, reputation, and goodwill associated with their trademarks. *See* ECF No. [13-2] at ¶¶13, 16, and 18. Defendants suffer no legitimate hardship because Defendants are not authorized to engage in their allegedly infringing activities. Therefore, the potential harm to Plaintiffs' reputation and goodwill outweighs the potential harm to Defendants of restraining their trade in counterfeit goods bearing or using unauthorized copies of the Sega Trademarks and Sega Copyrighted Works.

CASE NO. 25-CV-22807-BLOOM/Elfenbein

Fourth, the public also has an interest in not being misled as to the origin, source, or sponsorship of trademarked and copyrighted products. *See Nailtiques Cosmetic Corp. v. Salon Scis., Corp.*, No. 96-CV-2709, 1997 WL 244746, at *5 (S.D. Fla. Jan. 10. 1997); *Heron Dev. Corp. v. Vacation Tours, Inc.*, No. 16-CV-20683, 2017 WL 2895921, at *9 (S.D. Fla. Apr. 13, 2017). As a result, the public interest favors issuance of the preliminary injunction both to protect Plaintiffs' trademark and copyright interests and to protect the public from being defrauded by the palming off of counterfeit goods as Plaintiffs' genuine goods.

## IV.  CONCLUSION

For the above reasons, I respectfully **RECOMMEND** that Plaintiffs' Motion for a Preliminary Injunction, **ECF No. [24]**, be **GRANTED**. I further **RECOMMEND** that the preliminary injunction provide as follows:

1.  Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with Defendants be preliminary enjoined and restrained from:

    a.  using the Sega Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Sega product or not authorized by Sega to be sold in connection with the Sega Trademarks;

    b.  reproducing, distributing copies of, making derivative works of, or publicly displaying the Sega Copyrighted Works in any manner without the express authorization of Sega;

    c.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Sega product or any other product produced by Sega, that is not Sega's or not produced

under the authorization, control, or supervision of Sega and approved by Sega for sale under the Sega Trademarks and/or Sega Copyrighted Works;

 d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Sega, or are sponsored by, approved by, or otherwise connected with Sega;

 e. further infringing the Sega Trademarks and Sega Copyrighted Works and damaging Sega's goodwill; and

 f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Sega, nor authorized by Sega to be sold or offered for sale, and which bear any of Sega's trademarks, including the Sega Trademarks, or any reproductions, counterfeit copies, or colorable imitations and/or which bear the Sega Copyrighted Works.

2. Upon Sega's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Seller Aliases, including, without limitation, any online platforms such AliExpress.com ("AliExpress"), Amazon.com, Inc. ("Amazon"), Ant Financial Services Group ("Ant Financial"), Dhgate.com ("DHGate"), eBay, Inc. ("eBay"), Etsy, Inc. ("Etsy"), Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), Stripe, Inc. ("Stripe"), WhaleCo, Inc. ("Temu"), Walmart, Inc. ("Walmart"), and Context Logic, Inc. d/b/a Wish.com ("Wish") (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Sega expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a.  the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases; and

c.  any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, the Third Party Providers, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.  Upon Sega's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Sega Trademarks and/or which bear the Sega Copyrighted Works.

4.  Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third-Party Providers shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Sega is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

    a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in active concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts, as well as providing full accounting of Defendants' sales and listing history related to their respective Seller Aliases.

7. Sega is authorized to issue the expedited discovery requests authorized in Paragraph 6 via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

8. The ten-thousand-dollar ($10,000) bond posted by Plaintiffs shall remain with the Court until a final disposition of this case or until the Preliminary Injunction is terminated.

CASE NO. 25-CV-22807-BLOOM/Elfenbein

Pursuant to Local Magistrate Rule 4(b), the parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable Beth Bloom, United States District Judge. Failure to timely file objections shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1.

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida, on August 11, 2025.

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record

14

**Sega Corporation and Sega of America, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 25-cv-22807-BLOOM/ Elfenbein**

**Schedule A**

| No. | Seller Alias | Infringement Type | URL |
|-----|-------------|-------------------|-----|
| 1 | Anime Plush & Figure Haven Store | Trademark and Copyright | https://www.aliexpress.com/store/1104119730 |
| 2 | Bunny Girls Store | Trademark and Copyright | https://www.aliexpress.com/store/1103308539 |
| 3 | High Quality Boutique Store Store | Trademark and Copyright | https://www.aliexpress.com/store/1103351081 |
| 4 | JH Anime Figure Store Store | Trademark and Copyright | https://www.aliexpress.com/store/1103604917 |
| 5 | Minecrafter-Toys Store | Trademark and Copyright | https://www.aliexpress.com/store/1101971771 |
| 6 | Shop1103434442 Store | Copyright only | https://www.aliexpress.com/store/1103437029 |
| 7 | Shop1103592889 Store | Trademark and Copyright | https://www.aliexpress.com/store/1103603544 |
| 8 | Shop1104078924 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104072921 |
| 9 | Shop1104117375 Store | Copyright only | https://www.aliexpress.com/store/1104114424 |
| 10 | Shop1104154577 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104162566 |
| 11 | Shop1104565121 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104565122 |
| 12 | Shop1104671980 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104673907 |

CASE NO. 25-CV-22807-BLOOM/Elfenbein

| 13 | Starlit Toy Store | Trademark and Copyright | https://www.aliexpress.com/store/1103051857 |
|----|----|----|----|
| 14 | Strange Treasures And Treasures Store | Trademark and Copyright | https://www.aliexpress.com/store/1103330379 |
| 15 | UNO Bella Party Store | Copyright only | https://www.aliexpress.com/store/1103612574 |
| 16 | Xinglong Stuffed Toy Store | Copyright only | https://www.aliexpress.com/store/1102788658 |
| 17 | YSK XIA Store | Copyright only | https://www.aliexpress.com/store/1103275433 |
| 18 | cxixl259 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2K6989GEM27QU |
| 19 | dexinwen | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2DLP25ZM9J487 |
| 20 | DiniHinFu | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=ADY712S3T65EJ |
| 21 | dongyangjiameiyihulanyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1QQTSM48K7GBJ |
| 22 | FurryMa | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AYJTAK7T99QOA |
| 23 | gssm | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3881NV5FNMG31 |
| 24 | guangshuishiaixinoubaihuoshanghanggerenduzi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A24SCG7Z1BFDGV |
| 25 | GuangZhouRongYiKeJiYouXianGongSi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A376S6VUCKOPJH |
| 26 | Hồ Sỹ An Shop | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1OKDBSCIMJ9SB |
| 27 | Hoangthanhquang19119 | Trademark | https://www.amazon.com/sp?ie=UTF8& |

CASE NO. 25-CV-22807-BLOOM/Elfenbein

| | | and Copyright | seller=A2EQHGP2XC3ANL |
|---|---|---|---|
| 28 | hwb us stop | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1SZA5S5N1Z4TD |
| 29 | JingShiBaCanYin | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2D34OLCRT2NXE |
| 30 | jinluoxiucaifushiSHOP | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1Z45FEC7MP4GV |
| 31 | jinruibaihuoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=ASRKNSG38I8SH |
| 32 | jiubian | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AXQJRAPWHKNHR |
| 33 | lialiwe | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A123ZVFFHQWM13 |
| 34 | LinJiAObeemD | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A9W2S3P3I0FZ3 |
| 35 | MS STAR - LLC | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2FLUC880F3CE3 |
| 36 | RUOOU | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A38JVFTOKJRP8R |
| 37 | YaOLiNg | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A337QP4S41VCQL |
| 38 | YiWuShiZhenShaShangMaoYouXianGongSi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AHDWN51NWYUNO |
| 39 | YueGuo Trading | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AAZ2KNK5AMK3Q |
| 40 | yunchengshiyanhuquqianxixishangwuyouxiangongsi | Copyright only | https://www.amazon.com/sp?seller=A3DNTU0R69EBVS |
| 41 | zhoukouzilongshangmaoyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1OA366CTRCEXW |

CASE NO. 25-CV-22807-BLOOM/Elfenbein

| 42 | angelschoolangelschool | Copyright only | https://www.dhgate.com/store/top-selling/22034392 |
|---|---|---|---|
| 43 | ardmore | Copyright only | https://www.dhgate.com/store/22027716 |
| 44 | autopart_company | Copyright only | https://www.dhgate.com/store/top-selling/21939963 |
| 45 | babymum | Copyright only | https://www.dhgate.com/store/products/20735852 |
| 46 | bag0007 | Copyright only | https://www.dhgate.com/store/top-selling/22040831 |
| 47 | bestqualityservice | Copyright only | https://www.dhgate.com/store/products/21211464 |
| 48 | contentment188 | Copyright only | https://www.dhgate.com/store/21747280 |
| 49 | factory___kidstoys | Trademark and Copyright | https://www.dhgate.com/store/products/21904381 |
| 50 | factory___plushtoys | Copyright only | https://www.dhgate.com/store/products/21959399 |
| 51 | factory___toys | Trademark and Copyright | https://www.dhgate.com/store/21904142 |
| 52 | factory___wholesale | Copyright only | https://www.dhgate.com/store/products/21876192 |
| 53 | fadacai03 | Copyright only | https://www.dhgate.com/store/top-selling/21759021 |
| 54 | fashionlucy | Copyright only | https://www.dhgate.com/store/top-selling/22034372.html |
| 55 | fashionstype | Copyright only | https://www.dhgate.com/store/21224269 |
| 56 | fine777 | Copyright | https://www.dhgate.com/store/21227773 |

|  |  | only |  |
|---|---|---|---|
| 57 | flowery888 | Copyright only | https://www.dhgate.com/store/21747287 |
| 58 | homemarket11 | Copyright only | https://www.dhgate.com/store/products/21997589 |
| 59 | homig | Copyright only | https://www.dhgate.com/store/21947026 |
| 60 | hulifr | Copyright only | https://www.dhgate.com/store/21947025 |
| 61 | huoxingerhao | Copyright only | https://www.dhgate.com/store/top-selling/21590653 |
| 62 | ineluls | Copyright only | https://www.dhgate.com/store/products/21692386 |
| 63 | jewelry_jewel | Copyright only | https://www.dhgate.com/store/products/22054866 |
| 64 | lastingclothing | Copyright only | https://www.dhgate.com/store/top-selling/22034388 |
| 65 | leadingwholesaler2 | Copyright only | https://www.dhgate.com/store/21666505 |
| 66 | magicalmoments | Copyright only | https://www.dhgate.com/store/products/21931580 |
| 67 | maiyou138 | Copyright only | https://www.dhgate.com/store/20822603 |
| 68 | mickeymouseland88 | Copyright only | https://www.dhgate.com/store/21598450 |
| 69 | morningattire | Copyright only | https://www.dhgate.com/store/top-selling/22034386 |
| 70 | Newkeygood | Trademark and Copyright | https://www.dhgate.com/store/21030059 |

| 71 | officialwholesale | Copyright only | https://www.dhgate.com/store/products/21764714 |
| 72 | smyy3 | Copyright only | https://www.dhgate.com/store/21768624 |
| 73 | smyy5 | Copyright only | https://www.dhgate.com/store/21768630 |
| 74 | smyy7 | Copyright only | https://www.dhgate.com/store/21768636 |
| 75 | squishy toy | Copyright only | https://www.dhgate.com/store/21484970 |
| 76 | toptoywholesale | Copyright only | https://www.dhgate.com/store/products/21843143 |
| 77 | tuofak | Copyright only | https://www.dhgate.com/store/21946943 |
| 78 | ua_hartford | Copyright only | https://www.dhgate.com/store/22021095 |
| 79 | ua_riverside | Copyright only | https://www.dhgate.com/store/products/22021070 |
| 80 | ua_sebastian | Copyright only | https://www.dhgate.com/store/22021138 |
| 81 | uk_coventry | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22021190 |
| 82 | vaidurya | Trademark and Copyright | https://www.dhgate.com/store/top-selling/21919446 |
| 83 | vipqiangsheng | Trademark and Copyright | https://www.dhgate.com/store/products/22034836 |
| 84 | walmartstores666 | Copyright only | https://www.dhgate.com/store/20892275 |
| 85 | wenxin_pavilion1 | Copyright | https://www.dhgate.com/store/top- |

CASE NO. 25-CV-22807-BLOOM/Elfenbein

| | | only | selling/22002458 |
|---|---|---|---|
| 86 | xiaomei_store | Trademark and Copyright | https://www.dhgate.com/store/21875542 |
| 87 | xiaoning102030 | Trademark and Copyright | https://www.dhgate.com/store/products/22027321 |
| 88 | aminvishwa_0 | Trademark and Copyright | https://www.ebay.com/usr/aminvishwa_0?_tab=about |
| 89 | arfa_1479 | Trademark and Copyright | https://www.ebay.com/str/arfanonline?_tab=abo |
| 90 | decorative-poster | Trademark and Copyright | https://www.ebay.com/str/decorativeposters?_tab=about |
| 91 | dhanmadhu_64 | Trademark and Copyright | https://www.ebay.com/str/dhanushkamadhushanka |
| 92 | diwa-toy | Trademark and Copyright | https://www.ebay.com/str/diwa |
| 93 | elagayann-0 | Trademark and Copyright | https://www.ebay.com/str/elabadagayannandana |
| 94 | gbkw9-64 | Trademark and Copyright | https://www.ebay.com/str/nowmediastore |
| 95 | heedn_ptld | Trademark and Copyright | https://www.ebay.com/str/dileljainddwara |
| 96 | janithuc0 | Trademark and Copyright | https://www.ebay.com/usr/janithuc0 |
| 97 | kiesar08 | Trademark and Copyright | https://www.ebay.com/str/kiesar08 |
| 98 | leonardomx | Copyright only | https://www.ebay.com/usr/leonardomx |
| 99 | nethminijay42 | Trademark and Copyright | https://www.ebay.com/str/netminonlinestore?_tab=about |

CASE NO. 25-CV-22807-BLOOM/Elfenbein

| 100 | nirankatsan_0 | Trademark and Copyright | https://www.ebay.com/usr/nirankatsan_0?_tab=about |
| 101 | nissham_92 | Trademark and Copyright | https://www.ebay.com/str/nihanonlinestr?_tab=about |
| 102 | prabalas14 | Trademark and Copyright | https://www.ebay.com/usr/prabalas14?_tab=about |
| 103 | sanjeewku0 | Trademark and Copyright | https://www.ebay.com/str/sanjeewkumara?_tab=about |
| 104 | sedaydo | Trademark and Copyright | https://www.ebay.com/str/sedaydo? |
| 105 | walagastore | Trademark and Copyright | https://www.ebay.com/str/shajima |
| 106 | zhon_4742 | Trademark and Copyright | https://www.ebay.com/str/zhon?_tab=about |
| 107 | zhyimmm | Trademark and Copyright | https://www.ebay.com/usr/zhyimmm?_tab=about |
| 108 | zkxx_31 | Trademark and Copyright | https://www.ebay.com/usr/zkxx_31 |
| 109 | CaptainCrochetFR | Copyright only | https://www.etsy.com/shop/CaptainCrochetFR? |
| 110 | CherryCoolToys | Copyright only | https://www.etsy.com/shop/CherryCoolToys |
| 111 | Deco42 | Copyright only | https://www.etsy.com/shop/Deco42 |
| 112 | fiyacrochet | Copyright only | https://www.etsy.com/shop/fiyacrochet |
| 113 | Gurumicee | Trademark and Copyright | https://www.etsy.com/shop/Gurumicee |
| 114 | HaNguyenCrochet | Copyright | https://www.etsy.com/shop/HaNguyenC |

|  |  | only | rochet |
|---|---|---|---|
| 115 | hooknhavenstudio | Copyright only | https://www.etsy.com/shop/hooknhavenstudio |
| 116 | INVITEDbyFeteIcons | Trademark and Copyright | https://www.etsy.com/shop/INVITEDbyFeteIcons |
| 117 | Kaufwolle | Copyright only | https://www.etsy.com/shop/Kaufwolle |
| 118 | Personalisedbyvss | Trademark and Copyright | https://www.etsy.com/shop/Personalisedbyvss |
| 119 | Pucapu | Copyright only | https://www.etsy.com/shop/Pucapu |
| 120 | Pucapu | Copyright only | https://www.etsy.com/shop/Pucapu |
| 121 | SniperCloths | Trademark and Copyright | https://www.etsy.com/shop/SniperCloths |
| 122 | SoftPlushtoysStudio | Trademark and Copyright | https://www.etsy.com/shop/SoftPlushtoysStudio |
| 123 | SparklingPrintablePH | Copyright only | https://www.etsy.com/shop/SparklingPrintablePH? |
| 124 | StuProductos | Copyright only | https://www.etsy.com/shop/StuProductos |
| 125 | ThePlushToy | Copyright only | https://www.etsy.com/shop/ThePlushToy |
| 126 | Tinawonderful | Trademark and Copyright | https://www.etsy.com/shop/Tinawonderful |
| 127 | TinyHookStudioUK | Trademark and Copyright | https://www.etsy.com/shop/TinyHookStudioUK |
| 128 | VinCrafty | Copyright only | https://www.etsy.com/shop/VinCrafty |

| 129 | YarnBlissPatterns | Copyright only | https://www.etsy.com/shop/YarnBlissPatterns |
|---|---|---|---|
| 130 | Anime Desk Mat | Copyright only | https://www.animedeskmat.com/ |
| 131 | Beeteetalk | Copyright only | https://beeteetalk.com |
| 132 | Bondtee | Copyright only | https://bondtee.com |
| 133 | Brutifulstore | Copyright only | https://brutifulstore.com/ |
| 134 | BYZTEE | Trademark only | https://byztee.com/ |
| 135 | Caseseason | Trademark and Copyright | https://caseseason.com/ |
| 136 | Clomic Store | Trademark and Copyright | https://clomic.com/ |
| 137 | Cotatees | Trademark and Copyright | https://cotatees.com/ |
| 138 | Cute Thread | Copyright only | https://cutethread.com/ |
| 139 | Diamondpaintingskit.shop | Copyright only | https://diamondpaintingskit.shop |
| 140 | FavorGK | Trademark and Copyright | https://favorgk.com |
| 141 | Fiverprints | Trademark and Copyright | https://us.fiverprints.com |
| 142 | Footwearelite | Trademark and Copyright | https://footwearelite.com/ |
| 143 | Hiyatee | Copyright | https://hiyatee.com |

| | | only | |
|---|---|---|---|
| 144 | HQCOSPLAY | Trademark and Copyright | https://www.hqcosplay.com |
| 145 | Hydratemerch | Trademark and Copyright | https://hydratemerch.com/ |
| 146 | Laughinks | Trademark and Copyright | https://laughinks.com |
| 147 | Masteez | Trademark and Copyright | https://masteez.com/ |
| 148 | Merchidea | Trademark and Copyright | https://merchidea.com/ |
| 149 | Mevsheros | Trademark and Copyright | https://mevsheros.com/ |
| 150 | Moon best print | Trademark and Copyright | https://moonbestprint.com/ |
| 151 | NATURE LOVE GIFT LTD | Trademark and Copyright | https://naturelovegift.com |
| 152 | Noaweather Store | Trademark and Copyright | https://noaweather.com/ |
| 153 | Peakfootwears | Trademark and Copyright | https://peakfootwears.com/ |
| 154 | Perspirature | Trademark and Copyright | https://perspirature.com |
| 155 | Phone Case Wiz | Copyright only | https://www.phonecasewiz.com/ |
| 156 | PLUSHSHOP | Copyright only | https://www.plushshop.com/ |
| 157 | Shirtnation.net | Trademark and Copyright | https://shirtnation.net/ |

CASE NO. 25-CV-22807-BLOOM/Elfenbein

| 158 | sonicdisk | Copyright only | https://sonicdisk.com/ |
|---|---|---|---|
| 159 | Sportwearmerch | Trademark and Copyright | https://sportwearmerch.com/ |
| 160 | Sticker Raccoon | Trademark and Copyright | https://stickerraccoon.com/ |
| 161 | Tshirtpugs | Trademark and Copyright | https://tshirtpugs.com/ |
| 162 | YOU IS A YES LLC | Trademark and Copyright | https://stuffed-animals.shop/ |
| 163 | Bimuna Clothing | Copyright only | https://www.temu.com/bimuna-clothing-m-634418220399582.html |
| 164 | chenxuhe | Copyright only | https://www.temu.com/chenxuhe-m-634418219891727.html |
| 165 | JINGNONO | Copyright only | https://www.temu.com/jingnono-m-634418221706199.html? |
| 166 | Redemptio | Copyright only | https://www.temu.com/redemptio-m-634418213483173.html |
| 167 | Tee club XSL | Copyright only | https://www.temu.com/-xsl-m-634418221836298.html |
| 168 | Xin zxonlyo | Copyright only | https://www.temu.com/xin-zxonlyo-m-634418220105181.html |
| 169 | Ashylly | Trademark and Copyright | https://www.walmart.com/global/seller/102502769 |
| 170 | Balloonia | Copyright only | https://www.walmart.com/global/seller/102773548 |
| 171 | baoshimiwang | Copyright only | https://www.walmart.com/global/seller/102640538 |
| 172 | CHENZYFFFF | Trademark | https://www.walmart.com/global/seller/ |

CASE NO. 25-CV-22807-BLOOM/Elfenbein

|  |  | and Copyright | 102758285 |
|---|---|---|---|
| 173 | CROOZKVIEE | Copyright only | https://www.walmart.com/global/seller/102772402 |
| 174 | frank wu | Trademark and Copyright | https://www.walmart.com/global/seller/102486381/cp/shopall |
| 175 | GAHKCL | Trademark and Copyright | https://www.walmart.com/global/seller/102502723 |
| 176 | gusilan | Copyright only | https://www.walmart.com/global/seller/102513675 |
| 177 | HiCoDo | Copyright only | https://www.walmart.com/global/seller/101686258 |
| 178 | HTXLGS | Trademark only | https://www.walmart.com/global/seller/101518139 |
| 179 | jiangchengquxinhuananlu6hao17dong908shi | Copyright only | https://www.walmart.com/global/seller/102833308 |
| 180 | jinanzhiyujiankangkejiyouxiangongsi | Copyright only | https://www.walmart.com/global/seller/101642428 |
| 181 | LIMEGAGA | Trademark and Copyright | https://www.walmart.com/global/seller/102607097/cp/shopall |
| 182 | liufang | Trademark and Copyright | https://www.walmart.com/global/seller/102716949 |
| 183 | meichuang | Trademark and Copyright | https://www.walmart.com/global/seller/101674337 |
| 184 | ouzheng | Trademark and Copyright | https://www.walmart.com/global/seller/102742582/cp/shopall |
| 185 | peijinkeji | Trademark and Copyright | https://www.walmart.com/global/seller/102681474 |
| 186 | Plushfind | Trademark only | https://www.walmart.com/global/seller/101329663 |

CASE NO. 25-CV-22807-BLOOM/Elfenbein

| | | | |
|---|---|---|---|
| 187 | putianyingtuokejiyouxiangongsi | Trademark and Copyright | https://www.walmart.com/global/seller/101341867 |
| 188 | Shenglin | Copyright only | https://www.walmart.com/global/seller/102758453 |
| 189 | sunmeibao | Copyright only | https://www.walmart.com/global/seller/102500855 |
| 190 | Surf360 | Copyright only | https://www.walmart.com/global/seller/102643891 |
| 191 | SuSouXinXi | Trademark and Copyright | https://www.walmart.com/global/seller/101674315 |
| 192 | Theme decorations | Copyright only | https://www.walmart.com/global/seller/102634144 |
| 193 | Tianlan | Trademark and Copyright | https://www.walmart.com/global/seller/101675267/cp/shopall |
| 194 | Wes doll shop | Copyright only | https://www.walmart.com/global/seller/102715866 |
| 195 | Worth having fun | Copyright only | https://www.walmart.com/global/seller/102793215 |
| 196 | YARAKETA | Trademark only | https://www.walmart.com/global/seller/102514926 |
| 197 | YUESHUN | Trademark and Copyright | https://www.walmart.com/global/seller/102576179 |
| 198 | Anna choice | Copyright only | https://www.wish.com/merchant/67794e3f8abdb178d5b9d4fc |
| 199 | AuraVibe | Copyright only | https://www.wish.com/merchant/67d7c0b46d7d6ef0fca25202 |
| 200 | ijtzraoyz | Trademark and Copyright | https://www.wish.com/merchant/5f6ad65ebd9407350610b519 |
| 201 | jfppr71shop | Copyright | https://www.wish.com/merchant/5e97dc |

| | | only | 7e4ec15b3fadf4c776 |
|---|---|---|---|
| 202 | Luke hut | Trademark and Copyright | https://www.wish.com/merchant/5adaf6 e647a0e721472afba6 |
| 203 | lxlixianglx | Copyright only | https://www.wish.com/merchant/5b3b0b af16e62f293aba417c |
| 204 | qeafmhfrx | Copyright only | https://www.wish.com/merchant/5f06d0 4e1eeda0cd18d22fc9 |