UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22807-BLOOM/Elfenbein

SEGA CORPORATION and
SEGA OF AMERICA, INC.,

      Plaintiffs,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A"

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Preliminary Injunction ("Motion"), ECF No. [24], filed on August 6, 2025. The Motion was referred to the Honorable Judge Marty Fulgueira Elfenbein for a Report and Recommendation ("R&R"). ECF No. [28]. On August 11, 2025, Judge Elfenbein issued an R&R, recommending that Plaintiffs' Motion be granted. ECF No. [34]. In the R&R, Judge Elfenbein advised the parties that they would have fourteen days from the date of being served with a copy of the R&R to file any objections with the District Court. *Id.* at 14. Defendants were served with the R&R on August 12, 2025. ECF No. [36]. To date, no party has filed any objections.

The Court has conducted a *de novo* review of Judge Elfenbein's R&R and the record and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Elfenbein's R&R to be well reasoned and correct. The Court agrees with the analysis in Judge Elfenbein's R&R and concludes that the Motion should be granted for the reasons set forth therein. Accordingly, it is

Case No. 25-cv-22807-BLOOM/Elfenbein

**ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [34]**, is **ADOPTED;**

2. Plaintiffs' Motion for Preliminary Injunction, **ECF No. [24],** is **GRANTED** as to the Defendants listed in Schedule A**.**

**DONE AND ORDERED** in Chambers at Miami, Florida on August 28, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record

## Schedule A

| No. | Seller Alias | Infringement Type | URL |
|---|---|---|---|
| 1 | Anime Plush & Figure Haven Store | Trademark and Copyright | https://www.aliexpress.com/store/1104119730 |
| 2 | Bunny Girls Store | Trademark and Copyright | https://www.aliexpress.com/store/1103308539 |
| 3 | High Quality Boutique Store Store | Trademark and Copyright | https://www.aliexpress.com/store/1103351081 |
| 4 | JH Anime Figure Store Store | Trademark and Copyright | https://www.aliexpress.com/store/1103604917 |
| 5 | Minecrafter-Toys Store | Trademark and Copyright | https://www.aliexpress.com/store/1101971771 |
| 6 | Shop1103434442 Store | Copyright only | https://www.aliexpress.com/store/1103437029 |
| 7 | Shop1103592889 Store | Trademark and Copyright | https://www.aliexpress.com/store/1103603544 |
| 8 | Shop1104078924 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104072921 |
| 9 | Shop1104117375 Store | Copyright only | https://www.aliexpress.com/store/1104114424 |
| 10 | Shop1104154577 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104162566 |
| 11 | Shop1104565121 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104565122 |
| 12 | Shop1104671980 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104673907 |
| 13 | Starlit Toy Store | Trademark and Copyright | https://www.aliexpress.com/store/1103051857 |
| 14 | Strange Treasures And Treasures Store | Trademark and Copyright | https://www.aliexpress.com/store/1103330379 |
| 15 | UNO Bella Party Store | Copyright only | https://www.aliexpress.com/store/1103612574 |
| 16 | Xinglong Stuffed Toy Store | Copyright only | https://www.aliexpress.com/store/1102788658 |
| 17 | YSK XIA Store | Copyright only | https://www.aliexpress.com/store/1103275433 |
| 18 | cxixl259 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2K6989GEM27QU |
| 19 | dexinwen | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2DLP25ZM9J487 |
| 20 | DiniHinFu | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=ADY712S3T65EJ |
| 21 | dongyangjiameiyihulanyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1QQTSM48K7GBJ |

3

| | | | |
|---|---|---|---|
| 22 | FurryMa | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AYJTAK7T99QOA |
| 23 | gssm | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3881NV5FNMG31 |
| 24 | guangshuishiaixinoubaihuoshanghanggerenduzi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A24SCG7Z1BFDGV |
| 25 | GuangZhouRongYiKeJiYouXianGongSi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A376S6VUCKOPJH |
| 26 | Hồ Sỹ An Shop | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1OKDBSCIMJ9SB |
| 27 | Hoangthanhquang19119 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2EQHGP2XC3ANL |
| 28 | hwb us stop | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1SZA5S5N1Z4TD |
| 29 | JingShiBaCanYin | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2D34OLCRT2NXE |
| 30 | jinluoxiucaifushiSHOP | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1Z45FEC7MP4GV |
| 31 | jinruibaihuoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=ASRKNSG38I8SH |
| 32 | jiubian | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AXQJRAPWHKNHR |
| 33 | lialiwe | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A123ZVFFHQWM13 |
| 34 | LinJiAObeemD | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A9W2S3P3I0FZ3 |
| 35 | MS STAR - LLC | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2FLUC880F3CE3 |
| 36 | RUOOU | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A38JVFTOKJRP8R |
| 37 | YaOLiNg | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A337QP4S41VCQL |
| 38 | YiWuShiZhenShaShangMaoYouXianGongSi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AHDWN51NWYUNO |
| 39 | YueGuo Trading | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AAZ2KNK5AMK3Q |
| 40 | yunchengshiyanhuquqianxixishangwuyouxiangongsi | Copyright only | https://www.amazon.com/sp?seller=A3DNTU0R69EBVS |
| 41 | zhoukouzilongshangmaoyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1OA366CTRCEXW |
| 42 | angelschoolangelschool | Copyright only | https://www.dhgate.com/store/top-selling/22034392 |
| 43 | ardmore | Copyright only | https://www.dhgate.com/store/22027716 |
| 44 | autopart_company | Copyright only | https://www.dhgate.com/store/top-selling/21939963 |
| 45 | babymum | Copyright only | https://www.dhgate.com/store/products/2 |

|    |                    |                          | 0735852 |
|----|--------------------|--------------------------|---------|
| 46 | bag0007            | Copyright only           | https://www.dhgate.com/store/top-selling/22040831 |
| 47 | bestqualityservice | Copyright only           | https://www.dhgate.com/store/products/21211464 |
| 48 | contentment188     | Copyright only           | https://www.dhgate.com/store/21747280 |
| 49 | factory__kidstoys  | Trademark and Copyright  | https://www.dhgate.com/store/products/21904381 |
| 50 | factory__plushtoys | Copyright only           | https://www.dhgate.com/store/products/21959399 |
| 51 | factory__toys      | Trademark and Copyright  | https://www.dhgate.com/store/21904142 |
| 52 | factory__wholesale | Copyright only           | https://www.dhgate.com/store/products/21876192 |
| 53 | fadacai03          | Copyright only           | https://www.dhgate.com/store/top-selling/21759021 |
| 54 | fashionlucy        | Copyright only           | https://www.dhgate.com/store/top-selling/22034372.html |
| 55 | fashionstype       | Copyright only           | https://www.dhgate.com/store/21224269 |
| 56 | fine777            | Copyright only           | https://www.dhgate.com/store/21227773 |
| 57 | flowery888         | Copyright only           | https://www.dhgate.com/store/21747287 |
| 58 | homemarket11       | Copyright only           | https://www.dhgate.com/store/products/21997589 |
| 59 | homig              | Copyright only           | https://www.dhgate.com/store/21947026 |
| 60 | hulifr             | Copyright only           | https://www.dhgate.com/store/21947025 |
| 61 | huoxingerhao       | Copyright only           | https://www.dhgate.com/store/top-selling/21590653 |
| 62 | ineluls            | Copyright only           | https://www.dhgate.com/store/products/21692386 |
| 63 | jewelry_jewel      | Copyright only           | https://www.dhgate.com/store/products/22054866 |
| 64 | lastingclothing    | Copyright only           | https://www.dhgate.com/store/top-selling/22034388 |
| 65 | leadingwholesaler2 | Copyright only           | https://www.dhgate.com/store/21666505 |
| 66 | magicalmoments     | Copyright only           | https://www.dhgate.com/store/products/21931580 |
| 67 | maiyou138          | Copyright only           | https://www.dhgate.com/store/20822603 |
| 68 | mickeymouseland88  | Copyright only           | https://www.dhgate.com/store/21598450 |
| 69 | morningattire      | Copyright only           | https://www.dhgate.com/store/top-selling/22034386 |
| 70 | Newkeygood         | Trademark and Copyright  | https://www.dhgate.com/store/21030059 |
| 71 | officialwholesale  | Copyright only           | https://www.dhgate.com/store/products/21764714 |
| 72 | smyy3              | Copyright only           | https://www.dhgate.com/store/21768624 |

| 73 | smyy5 | Copyright only | https://www.dhgate.com/store/21768630 |
|---|---|---|---|
| 74 | smyy7 | Copyright only | https://www.dhgate.com/store/21768636 |
| 75 | squishy toy | Copyright only | https://www.dhgate.com/store/21484970 |
| 76 | toptoywholesale | Copyright only | https://www.dhgate.com/store/products/21843143 |
| 77 | tuofak | Copyright only | https://www.dhgate.com/store/21946943 |
| 78 | ua_hartford | Copyright only | https://www.dhgate.com/store/22021095 |
| 79 | ua_riverside | Copyright only | https://www.dhgate.com/store/products/22021070 |
| 80 | ua_sebastian | Copyright only | https://www.dhgate.com/store/22021138 |
| 81 | uk_coventry | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22021190 |
| 82 | vaidurya | Trademark and Copyright | https://www.dhgate.com/store/top-selling/21919446 |
| 83 | vipqiangsheng | Trademark and Copyright | https://www.dhgate.com/store/products/22034836 |
| 84 | walmartstores666 | Copyright only | https://www.dhgate.com/store/20892275 |
| 85 | wenxin_pavilion1 | Copyright only | https://www.dhgate.com/store/top-selling/22002458 |
| 86 | xiaomei_store | Trademark and Copyright | https://www.dhgate.com/store/21875542 |
| 87 | xiaoning102030 | Trademark and Copyright | https://www.dhgate.com/store/products/22027321 |
| 88 | aminvishwa_0 | Trademark and Copyright | https://www.ebay.com/usr/aminvishwa_0?_tab=about |
| 89 | arfa_1479 | Trademark and Copyright | https://www.ebay.com/str/arfanonline?_tab=abo |
| 90 | decorative-poster | Trademark and Copyright | https://www.ebay.com/str/decorativeposters?_tab=about |
| 91 | dhanmadhu_64 | Trademark and Copyright | https://www.ebay.com/str/dhanushkamadhushanka |
| 92 | diwa-toy | Trademark and Copyright | https://www.ebay.com/str/diwa |
| 93 | elagayann-0 | Trademark and Copyright | https://www.ebay.com/str/elabadagayannandana |
| 94 | gbkw9-64 | Trademark and Copyright | https://www.ebay.com/str/nowmediastore |
| 95 | heedn_ptld | Trademark and Copyright | https://www.ebay.com/str/dileljainddwara |
| 96 | janithuc0 | Trademark and Copyright | https://www.ebay.com/usr/janithuc0 |
| 97 | kiesar08 | Trademark and Copyright | https://www.ebay.com/str/kiesar08 |
| 98 | leonardomx | Copyright only | https://www.ebay.com/usr/leonardomx |
| 99 | nethminijay42 | Trademark and Copyright | https://www.ebay.com/str/netminonlinestore?_tab=about |

| | | | |
|---|---|---|---|
| 100 | nirankatsan_0 | Trademark and Copyright | https://www.ebay.com/usr/nirankatsan_0?_tab=about |
| 101 | nissham_92 | Trademark and Copyright | https://www.ebay.com/str/nihanonlinestr?_tab=about |
| 102 | prabalas14 | Trademark and Copyright | https://www.ebay.com/usr/prabalas14?_tab=about |
| 103 | sanjeewku0 | Trademark and Copyright | https://www.ebay.com/str/sanjeewkumara?_tab=about |
| 104 | sedaydo | Trademark and Copyright | https://www.ebay.com/str/sedaydo? |
| 105 | walagastore | Trademark and Copyright | https://www.ebay.com/str/shajima |
| 106 | zhon_4742 | Trademark and Copyright | https://www.ebay.com/str/zhon?_tab=about |
| 107 | zhyimmm | Trademark and Copyright | https://www.ebay.com/usr/zhyimmm?_tab=about |
| 108 | zkxx_31 | Trademark and Copyright | https://www.ebay.com/usr/zkxx_31 |
| 109 | CaptainCrochetFR | Copyright only | https://www.etsy.com/shop/CaptainCrochetFR? |
| 110 | CherryCoolToys | Copyright only | https://www.etsy.com/shop/CherryCoolToys |
| 111 | Deco42 | Copyright only | https://www.etsy.com/shop/Deco42 |
| 112 | fiyacrochet | Copyright only | https://www.etsy.com/shop/fiyacrochet |
| 113 | Gurumicee | Trademark and Copyright | https://www.etsy.com/shop/Gurumicee |
| 114 | HaNguyenCrochet | Copyright only | https://www.etsy.com/shop/HaNguyenCrochet |
| 115 | hooknhavenstudio | Copyright only | https://www.etsy.com/shop/hooknhavenstudio |
| 116 | INVITEDbyFeteIcons | Trademark and Copyright | https://www.etsy.com/shop/INVITEDbyFeteIcons |
| 117 | Kaufwolle | Copyright only | https://www.etsy.com/shop/Kaufwolle |
| 118 | Personalisedbyvss | Trademark and Copyright | https://www.etsy.com/shop/Personalisedbyvss |
| 119 | Pucapu | Copyright only | https://www.etsy.com/shop/Pucapu |
| 120 | Pucapu | Copyright only | https://www.etsy.com/shop/Pucapu |
| 121 | SniperCloths | Trademark and Copyright | https://www.etsy.com/shop/SniperCloths |
| 122 | SoftPlushtoysStudio | Trademark and Copyright | https://www.etsy.com/shop/SoftPlushtoysStudio |
| 123 | SparklingPrintablePH | Copyright only | https://www.etsy.com/shop/SparklingPrintablePH? |
| 124 | StuProductos | Copyright only | https://www.etsy.com/shop/StuProductos |
| 125 | ThePlushToy | Copyright only | https://www.etsy.com/shop/ThePlushToy |
| 126 | Tinawonderful | Trademark and | https://www.etsy.com/shop/Tinawonderf |

| | | Copyright | ul |
|---|---|---|---|
| 127 | TinyHookStudioUK | Trademark and Copyright | https://www.etsy.com/shop/TinyHookStudioUK |
| 128 | DISMISSED | DISMISSED | DISMISSED |
| 129 | YarnBlissPatterns | Copyright only | https://www.etsy.com/shop/YarnBlissPatterns |
| 130 | Anime Desk Mat | Copyright only | https://www.animedeskmat.com/ |
| 131 | Beeteetalk | Copyright only | https://beeteetalk.com |
| 132 | Bondtee | Copyright only | https://bondtee.com |
| 133 | Brutifulstore | Copyright only | https://brutifulstore.com/ |
| 134 | BYZTEE | Trademark only | https://byztee.com/ |
| 135 | Caseseason | Trademark and Copyright | https://caseseason.com/ |
| 136 | Clomic Store | Trademark and Copyright | https://clomic.com/ |
| 137 | Cotatees | Trademark and Copyright | https://cotatees.com/ |
| 138 | Cute Thread | Copyright only | https://cutethread.com/ |
| 139 | Diamondpaintingskit.shop | Copyright only | https://diamondpaintingskit.shop |
| 140 | FavorGK | Trademark and Copyright | https://favorgk.com |
| 141 | Fiverprints | Trademark and Copyright | https://us.fiverprints.com |
| 142 | Footwearelite | Trademark and Copyright | https://footwearelite.com/ |
| 143 | Hiyatee | Copyright only | https://hiyatee.com |
| 144 | HQCOSPLAY | Trademark and Copyright | https://www.hqcosplay.com |
| 145 | Hydratemerch | Trademark and Copyright | https://hydratemerch.com/ |
| 146 | Laughinks | Trademark and Copyright | https://laughinks.com |
| 147 | Masteez | Trademark and Copyright | https://masteez.com/ |
| 148 | Merchidea | Trademark and Copyright | https://merchidea.com/ |
| 149 | Mevsheros | Trademark and Copyright | https://mevsheros.com/ |
| 150 | Moon best print | Trademark and Copyright | https://moonbestprint.com/ |
| 151 | NATURE LOVE GIFT LTD | Trademark and Copyright | https://naturelovegift.com |
| 152 | Noaweather Store | Trademark and Copyright | https://noaweather.com/ |
| 153 | Peakfootwears | Trademark and | https://peakfootwears.com/ |

|     |                    |                          |                                                                          |
| --- | ------------------ | ------------------------ | ------------------------------------------------------------------------ |
|     |                    | Copyright                |                                                                          |
| 154 | Perspirature       | Trademark and Copyright  | https://perspirature.com                                                 |
| 155 | Phone Case Wiz     | Copyright only           | https://www.phonecasewiz.com/                                            |
| 156 | PLUSHSHOP          | Copyright only           | https://www.plushshop.com/                                               |
| 157 | Shirtnation.net    | Trademark and Copyright  | https://shirtnation.net/                                                 |
| 158 | sonicdisk          | Copyright only           | https://sonicdisk.com/                                                   |
| 159 | Sportwearmerch     | Trademark and Copyright  | https://sportwearmerch.com/                                              |
| 160 | Sticker Raccoon    | Trademark and Copyright  | https://stickerraccoon.com/                                              |
| 161 | Tshirtpugs         | Trademark and Copyright  | https://tshirtpugs.com/                                                  |
| 162 | YOU IS A YES LLC   | Trademark and Copyright  | https://stuffed-animals.shop/                                            |
| 163 | Bimuna Clothing    | Copyright only           | https://www.temu.com/bimuna-clothing-m-634418220399582.html              |
| 164 | chenxuhe           | Copyright only           | https://www.temu.com/chenxuhe-m-634418219891727.html                     |
| 165 | JINGNONO           | Copyright only           | https://www.temu.com/jingnono-m-634418221706199.html?                    |
| 166 | Redemptio          | Copyright only           | https://www.temu.com/redemptio-m-634418213483173.html                    |
| 167 | Tee club XSL       | Copyright only           | https://www.temu.com/-xsl-m-634418221836298.html                         |
| 168 | Xin zxonlyo        | Copyright only           | https://www.temu.com/xin-zxonlyo-m-634418220105181.html                  |
| 169 | Ashylly            | Trademark and Copyright  | https://www.walmart.com/global/seller/102502769                          |
| 170 | Balloonia          | Copyright only           | https://www.walmart.com/global/seller/102773548                          |
| 171 | baoshimiwang       | Copyright only           | https://www.walmart.com/global/seller/102640538                          |
| 172 | CHENZYFFF          | Trademark and Copyright  | https://www.walmart.com/global/seller/102758285                          |
| 173 | CROOZKVIEE         | Copyright only           | https://www.walmart.com/global/seller/102772402                          |
| 174 | frank wu           | Trademark and Copyright  | https://www.walmart.com/global/seller/102486381/cp/shopall               |
| 175 | GAHKCL             | Trademark and Copyright  | https://www.walmart.com/global/seller/102502723                          |
| 176 | gusilan            | Copyright only           | https://www.walmart.com/global/seller/102513675                          |
| 177 | HiCoDo             | Copyright only           | https://www.walmart.com/global/seller/101686258                          |

| | | | |
|---|---|---|---|
| 178 | HTXLGS | Trademark only | https://www.walmart.com/global/seller/101518139 |
| 179 | jiangchengquxinhuananlu6hao17dong908shi | Copyright only | https://www.walmart.com/global/seller/102833308 |
| 180 | jinanzhiyujiankangkejiyouxiangongsi | Copyright only | https://www.walmart.com/global/seller/101642428 |
| 181 | LIMEGAGA | Trademark and Copyright | https://www.walmart.com/global/seller/102607097/cp/shopall |
| 182 | liufang | Trademark and Copyright | https://www.walmart.com/global/seller/102716949 |
| 183 | meichuang | Trademark and Copyright | https://www.walmart.com/global/seller/101674337 |
| 184 | ouzheng | Trademark and Copyright | https://www.walmart.com/global/seller/102742582/cp/shopall |
| 185 | peijinkeji | Trademark and Copyright | https://www.walmart.com/global/seller/102681474 |
| 186 | Plushfind | Trademark only | https://www.walmart.com/global/seller/101329663 |
| 187 | putianyingtuokejiyouxiangongsi | Trademark and Copyright | https://www.walmart.com/global/seller/101341867 |
| 188 | Shenglin | Copyright only | https://www.walmart.com/global/seller/102758453 |
| 189 | sunmeibao | Copyright only | https://www.walmart.com/global/seller/102500855 |
| 190 | Surf360 | Copyright only | https://www.walmart.com/global/seller/102643891 |
| 191 | SuSouXinXi | Trademark and Copyright | https://www.walmart.com/global/seller/101674315 |
| 192 | Theme decorations | Copyright only | https://www.walmart.com/global/seller/102634144 |
| 193 | Tianlan | Trademark and Copyright | https://www.walmart.com/global/seller/101675267/cp/shopall |
| 194 | Wes doll shop | Copyright only | https://www.walmart.com/global/seller/102715866 |
| 195 | Worth having fun | Copyright only | https://www.walmart.com/global/seller/102793215 |
| 196 | YARAKETA | Trademark only | https://www.walmart.com/global/seller/102514926 |
| 197 | YUESHUN | Trademark and Copyright | https://www.walmart.com/global/seller/102576179 |
| 198 | Anna choice | Copyright only | https://www.wish.com/merchant/67794e3f8abdb178d5b9d4fc |
| 199 | AuraVibe | Copyright only | https://www.wish.com/merchant/67d7c0b46d7d6ef0fca25202 |
| 200 | ijtzraoyz | Trademark and Copyright | https://www.wish.com/merchant/5f6ad65ebd9407350610b519 |

10

| | | | |
|---|---|---|---|
| 201 | jfppr71shop | Copyright only | https://www.wish.com/merchant/5e97dc7e4ec15b3fadf4c776 |
| 202 | Luke hut | Trademark and Copyright | https://www.wish.com/merchant/5adaf6e647a0e721472afba6 |
| 203 | lxlixianglx | Copyright only | https://www.wish.com/merchant/5b3b0baf16e62f293aba417c |
| 204 | qeafmhfrx | Copyright only | https://www.wish.com/merchant/5f06d04e1eeda0cd18d22fc9 |