UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-22807-BLOOM/Elfenbein**

SEGA CORPORATION and
SEGA OF AMERICA, INC.,

    Plaintiffs,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A"

    Defendants.
_____/

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Dismissal, ECF No. [47] ("Notice"), filed on September 5, 2025. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [47]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to the Defendants listed in the Notice;

3. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 5, 2025.

                                      _____
                                      **BETH BLOOM**
                                      **UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record