UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-22807-BLOOM

SEGA CORPORATION, et al.,

                Plaintiffs,

  v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendants.

_____/

**PLAINTIFFS' MOTION FOR CLERK'S ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs Sega Corporation and Sega of America, Inc. ("Sega" or "Plaintiffs") hereby request that the Clerk enter default in this matter against all Defendants remaining in this case (collectively, the "Defaulting Defendants")[1], based on Plaintiff's action for trademark infringement, counterfeiting, false designation of origin, and/or copyright infringement.

Sega filed this action on June 23, 2025. [ECF No. 1]. On July 15, 2025, the Court entered the Sealed Paperless Order Authorizing Electronic Service of Process on Defendants Pursuant to Fed. R. Civ. P. 4(f)(3) [ECF No. 16] (the "Order"). The Order authorized Sega to complete service of process on Defendants by electronically publishing a link to the Complaint [ECF No. 1], Summons [ECF No. 21], Temporary Restraining Order [ECF No. 15] (the "TRO"), and other relevant documents on the website <https://www.tme-law.com/case/25-cv-22807> ("Sega's

---

[1] "Defaulting Defendants" as used herein includes all Defendants listed on Schedule A attached as **Exhibit 1** that have not been noted as "DISMISSED."

Website"), and by sending an e-mail with a link to Sega's Website to an e-mail address for each Defendant. *See* Order [ECF No. 16].

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Defaulting Defendants were served in accordance with the Order on July 15, 2025. [ECF No. 23] and the Order on December 10, 2025 [ECF No. 59]; *see also* Declaration of George C. Sciarrino at ¶¶ 2–4. None of the Defaulting Defendants have filed an answer or otherwise pled in this action. *Id.* at ¶ 5. Upon information and belief, the Defaulting Defendants are not active-duty members of the U.S. armed forces. *Id.* at ¶ 6.

WHEREFORE, Sega respectfully requests that default be entered against Defaulting Defendants.

Dated this 24th day of December 2025.

Respectfully submitted,

/s/ George C. Sciarrino

George C. Sciarrino
Florida Bar No. 1033844
TME Law, P.C.
10 S. Riverside Plaza, Suite 875
Chicago, Illinois 60606
708.475.1127

*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of December 2025, I, or someone working under my direction, will electronically file the foregoing with the Clerk of the Court using the CM/ECF system; and I, or someone working under my direction, will electronically publish the documents on a website and send an email to the email addresses identified in **Exhibit 2** hereto that includes a link to said website.

/s/ George C. Sciarrino

George C. Sciarrino
Florida Bar No. 1033844
TME Law, P.C.
10 S. Riverside Plaza, Suite 875
Chicago, Illinois 60606
708.475.1127

*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*